United States Bankruptcy Court

Western District of New York

| | |
|---|---|
| In re: | Case No. 19-11667-CLB |
| SLR Contracing & Service Company, Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/Text: results35@yahoo.com | Jan 26 2024 18:21:00 | SLR Contracting & Service Company, Inc., Post Office Box 1485, Williamsville, NY 14231-1485 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024          Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Angela Z. Miller | on behalf of Creditor CH2M Hill BWXT West Valley LLC amiller@phillipslytle.com, sreiner@phillipslytle.com |
| Daniel F. Brown | on behalf of Debtor SLR Contracting & Service Company Inc. dbrown@lippes.com, mbrennan@lippes.com;r45652@notify.bestcase.com |
| James Michael Lennon | on behalf of Notice of Appearance Creditor A Finer Finish of WNY LLC jmlennon@rlbattorneys.com |
| Joseph W. Allen, 11 | USTPRegion02.bu.ecf@usdoj.gov Joseph.W.Allen@usdoj.gov |
| Kyle C. DiDone | |

| | |
|---|---|
| | on behalf of Notice of Appearance Creditor c/o Kyle C. DiDone Rupp Baase Pfalzgraf Cunningham LLC didone@ruppbaase.com hill@rupppfalzgraf.com;federalfiling@rupppfalzgraf.com;greenlief@rupppfalzgraf.com;wisniewski@rupppfalzgraf.com;didone@rupppfalzgraf.com |
| Paul A. Levine | on behalf of Notice of Appearance Creditor NYBDC Local Development plevine@lemerygreisler.com phartl@lemerygreisler.com |
| Raymond L. Fink | on behalf of Creditor Lory & Lory LLC rfink@lippes.com  jmueller@lippes.com |
| Robert E. Knoer | on behalf of Notice of Appearance Creditor Paramount Roofing Inc. rknoer@knoergroup.com, dstachowski@knoergroup.com;cmccarthy@knoergroup.com;gpanzarella@knoergroup.com;file@knoergroup.com |
| Timothy Patrick Lyster | on behalf of Creditor Five Star Bank tlyster@woodsoviatt.com  mjohnstone@woodsoviatt.com |
| Todd R. Braggins | on behalf of Notice of Appearance Creditor The Cincinnati Insurance Company tbraggins@ed-llp.com  JLang@ed-llp.com |
| Wendy J. Christophersen | on behalf of Trustee Wendy J. Christophersen wendyjclaw@gmail.com |
| Wendy J. Christophersen | wchristophersen@7trustee.net  NY30@ecfcbis.com;wchristophersen@ecf.axosfs.com |

TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

In Re:

    SLR Contracing & Service Company, Inc.

           Debtor(s)

Case No.: 1−19−11667−CLB
Chapter: 7

Tax ID: 16−1569559

## FINAL DECREE

The estate of the above−named debtor has been fully administered.

**IT IS ORDERED THAT:**

Wendy J. Christophersen is discharged as Trustee of the estate(s) of the above−named debtor(s).

The case of the above−named debtor(s) is closed.

Dated: January 26, 2024

**HONORABLE CARL L. BUCKI**
Chief Judge, United States Bankruptcy Court

Form fnldec/Doc 104
www.nywb.uscourts.gov